# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RENDON ROJAS,<br><br>                               Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary, Department of Homeland Security, et al.,<br><br>                               Respondents. | Case No.: 25-cv-3558-BJC-JLB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

      On or about December 4, 2025, Petitioner Jorge Rendon Rojas, a Mexico national who last entered the United States in July 1994, was detained by Respondents, and remains detained at the Otay Mesa Detention Center. ECF No. 1 ¶¶ 5, 17, 18. Following his detention, Petitioner requested a custody redetermination hearing, but the request was dismissed by the Immigration Court in light of the decision in *Matter of Yajure Hurtado*. *Id*. ¶ 15.

      On December 12, 2025, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the Fifth Amendment. This Court set a briefing schedule and issued a limited stay. ECF No. 2. Respondents filed a return to the petition on December 19,

2025.  ECF No. 5.  In their return, Respondents note that Petitioner is a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025), and the court entered final judgment as to the Bond Eligible Class on December 18, 2025.  *See Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025).  Respondents "acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  ECF No. 5 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus.  Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on § 1225.  Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**IT IS SO ORDERED**.

Dated:  December 30, 2025

_____
Honorable Benjamin J. Cheeks
United States District Judge